Jon M. Sands
Federal Public Defender
Cary Sandman (Arizona Bar No. 004779)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
407 W. Congress St., Suite 501
Tucson, Arizona 85701-1310
cary_sandman@fd.org
sarah_stone@fd.org
520.879.7622

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Lee Jones, ) | Case No. 01-0592-TUC |
| ) | |
| Petitioner, ) | **DEATH PENALTY CASE** |
| ) | |
| vs. ) | |
| ) | |
| Charles Ryan, et al., ) | |
| ) | |
| Respondents. ) | |

# INDEX OF EXHIBITS

**to Petitioner's Supplemental Brief and Request for Evidentiary Development**

## INDEX OF EXHIBITS

Exh 1      Declaration of Dr. John Howard dated December 15, 2004

Exh 2      Interview of Dr. Steven Seifert, January 20, 1995

Exh 3      Curriculum Vitae of Dr. Janice Ophoven, M.D.

Exh 4      Report of Dr. Janice Ophoven dated December 18, 2002

Exh 5      Report of Dr. Janice Ophoven dated July 25, 2008

Exh 6      Report of Dr. Janice Ophoven dated April 20, 2009

Exh 7      Report of Dr. Janice Ophoven dated February 1, 2010

Exh 8      Dr. Janice Ophoven's Histology Slides

Exh 9      Curriculum Vitae of Dr. Mary Patricia McKay, M.D.

Exh 10     Report of Dr. Mary Patricia McKay dated October 30, 2009

Exh 11     Interview of Dr. John Howard, November 28, 1994

Exh 12     Interview of Barry Jones, May 2, 1994

Exh 13     Interview of Brandie Jones, May 2, 1994

Exh 14     Curriculum Vitae of Dr. Patrick Hannon

Exh 15     Report of Dr. Patrick Hannon; color photographs

Exh 16     Report of Joel Hardin dated June 19, 2008

Exh 17     Interview of Rebecca Lux, May 2, 1994

Exh 18     Interview of Rebecca Lux, May 9, 1994

Exh 19     Interview of Rebecca Lux, October 31, 1994

Exh 20     Interview of Stephanie Fleming, May 27, 1994

Exh 21     Interview of Stephanie Fleming, March 22, 1995

Exh 22     Interview of Stephanie Fleming, March 24, 1995

| | | |
|---|---|---|
| Exh 23 | Interview of Julian Duran and Dawn Kopp, May 20, 1994 |
| Exh 24 | Interview of Norma Lopez, May 3, 1994 |
| Exh 25 | Interview of Terry Richmond, May 17, 1994 |
| Exh 26 | Interview of Angela Gray, May 2, 1994 |
| Exh 27 | Interview of Brandie Jones, May 2, 1994 |
| Exh 28 | Interview of Reynaldo Lopez, May 3, 1994 |
| Exh 29 | Interview of Reynaldo Lopez, January 20, 1995 |
| Exh 30 | Declaration of Angela Gray dated August 21, 2009 |
| Exh 31 | Curriculum Vitae of Stuart James |
| Exh 32 | Affidavit of Stuart James dated December 18, 2002 |
| Exh 33 | Declaration of Sean Bruner dated November 12, 2002 |
| Exh 34 | Declaration of George Barnett dated January 10, 2008 |
| Exh 35 | Declaration of George Barnett dated November 5, 2002 |
| Exh 36 | Sean Bruner's Billing Records |
| Exh 37 | Declaration of Dan Cooper dated July 12, 2012 |
| Exh 38 | Declaration of Andrew Sowards dated February 6, 2015 |

Exhibits to Declaration
- A   Photographs of the victim from the hospital and autopsy
- B   Photographs of victim injury
- C   Photographs of petitioner's residence
- D   Photograph of tire iron and comparison to victim's injury
- E   Photograph of blood on petitioner's shirt
- F   Photographs of petitioner's van
- G   Photograph of petitioner at arrest and crime scene photograph of petitioner's bedroom
- H   Close up of the back of the seat in the petitioner's van
- I   Photographs of victim at hospital and at autopsy
- J   Photographs of a United States Border Patrol E.M.T.

| | | |
|---|---|---|
| K | Excerpt from report of Dr. Janice Ophoven | |
| L | Statement of Terry Shane Richmond | |
| M | Declaration of Angela Gray | |
| N | Portions of statements by Angela Gray and Barry Jones | |
| O | Copy of trial exhibit 204 | |
| P | Portion of deposition transcript of Brandie Jones | |
| Q | Portion of deposition transcript of Brandie Jones | |
| R | Portion of trial transcript from State v. Angela Gray | |

| | |
|---|---|
| Exh 39 | Billing Records of James Hazel |
| Exh 40 | Declaration of Leslie Bowman dated November 25, 2002 |
| Exh 41 | Report of Dr. Joseph Geffen dated November 4, 1994 |
| Exh 42 | Report of Dr. Alan Goldberg dated October 11, 2002 |
| Exh 43 | Report of Dr. Pamela Blake dated December 20, 2002 |
| Exh 44 | Report of Dr. Lawson Bernstein dated October 31, 2002 |
| Exh 45 | Declaration of Joyce Richmond dated October 25, 2002 |
| Exh 46 | Declaration of Otis Harris dated November 20, 2002 |
| Exh 47 | Marriage Certificate of Paul and Florence Jones |
| Exh 48 | Declaration of Donna Foster dated November 21, 2002 |
| Exh 49 | Birth Certificate of Barry Lee Jones |
| Exh 50 | Declaration of Phillip Henry Jones dated December 9, 2002 |
| Exh 51 | Cochise County Psychological Services Records for Barry Jones |
| Exh 52 | Military Record of Paul Jones |
| Exh 53 | Death Certificate of Paul Jones |
| Exh 54 | Vision Quest Records for Barry Jones |
| Exh 55 | Declaration of Brandie Jones dated December 16, 2002 |
| Exh 56 | Declaration of J. Sheldon re Carol Jones dated December 17, 2002 |

| | | |
|---|---|---|
| Exh 57 | | SAMHC Records for Barry Jones |
| Exh 58 | | Kino Community Hospital Records for Barry Jones |
| Exh 59 | | Interview of Carol Jones, March 29, 1995 |
| Exh 60 | | Declaration of Elisha Lacey dated October 25, 2002 |
| Exh 61 | | Child Protective Services Records for Carol Jones |
| Exh 62 | | Letters Submitted at Angela Gray's Sentencing Hearing |
| Exh 63 | | Declaration of Deborah Wheeler dated November 21, 2002 |
| Exh 64 | | Interview of Laura Lopez dated May 3, 1994 |
| Exh 65 | | Cochise County Pre-sentence Report for Laura Lopez |
| Exh 66 | | Interview of Laura Lopez dated January 20, 1995 |
| Exh 67 | | Photos of yellow van at Choice Market |
| Exh 68 | | Curriculum Vitae of Paul Gruen |
| Exh 69 | | Report of Paul Gruen dated February 25, 2010.  (CD of video animation section of report to be filed separately with this court. ) |
| Exh 70 | | Declaration of Reynaldo Lopez dated March 26, 2009 |
| Exh 71 | | Pima County Sheriff's Department reports for April 9, 1994 arrest of Barry Lee Jones |
| Exh 72 | | Report of Dr. Phillip Esplin dated October 8, 2009 |
| Exh 73 | | Declaration of Judith Chavez dated November 4, 2002 |
| Exh 74 | | Declaration of Joseph Chavez dated November 4, 2002 |
| Exh 75 | | Declaration of Tera Jones dated November 8, 2002 |
| Exh 76 | | Declaration of Wendy Sloan dated October 25, 2002 |
| Exh 77 | | Interview of Isobel Tafe dated May 19, 1994 |
| Exh 78 | | Declaration of Pauline Kinyon dated April 9, 2009 |

| | | |
|---|---|---|
| Exh 79 | Declaration of Belinda Moya dated April 9, 2009 | |
| Exh 80 | School records of Reynaldo Lopez | |
| Exh 81 | Photo of burrito wrappers found in trailer (Originally filed at Trial Ex. No. 87) | |
| Exh 82 | Interview of Judith Chavez dated May 19, 1994 | |

Exhibits cited that were previously filed with this Court, not attached to this brief:

| | |
|---|---|
| Angela Gray's Trial Transcripts | Dist. Ct. Doc No. 96, Exh 9 |
| Letter re: Indigent Defense Standards Committee | Dist. Ct. Doc No. 96, Exh 10 |
| James Hazel's Application for Appointment as Counsel in Capital Postconviction Proceedings | Dist. Ct. Doc. No. 96, Exh 11 |
| Video tape of Barry Lee Jones' police interview On May 2, 1994 | Dist. Ct. Doc. No. 100, Exh 68 |

Respectfully submitted this 6th day of February, 2015.

                        JON M. SANDS
                        Federal Public Defender
                        Cary Sandman
                        Sarah Stone
                        Assistant Federal Public Defenders

                        /s/*Cary Sandman*
                        Cary Sandman
                        Counsel for Petitioner, Barry Jones

**CERTIFICATE OF SERVICE**

On this 6th day of February, 2015, I electronically transmitted the attached document to the Clerk s Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

Lacey Stover-Gard
Assistant Attorney General
Capital Litigation Section
400 W. Congress, Ste. S-315
Tucson, Arizona  85701-1367

Jeffrey Sparks
Assistant Attorney General
Capital Litigation Section
1275 W. Washington
Phoenix, Arizona  85007


*s/Tamelyn McNeill*
Legal Assistant
Federal Public Defender's Office