







Case 4:01-cv-00592-TMB   Document 167-8   Filed 02/06/15   Page 3 of 3



