UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

BARRY LEE JONES,
PLAINTIFF

V.

CHARLES RYAN, et al.
DEFENDANT

FILED NOV -7 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST

CASE NUMBER: CV-01-592-TMB

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Timothy M. Burgess | Martha Hernandez | Tracy Jamieson |
| **HEARING/TRIAL DATES(S)**<br><br>October 30, 2017 -<br>November 9, 2017 | **PLAINTIFF ATTORNEY(S)**<br>Myles Braccio<br>Jeffrey Sparks<br>Lacey Stover Gard<br>John Todd<br>Assistant Attorneys General | **DEFENDANT ATTORNEY(S)**<br>Cary Sandman<br>Karen Smith<br>Assistant Federal Public Defenders |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | 10/30/2017 | Sean Bruner and Leslie Bowman's Attorney Files |
| 2 | | 10/30/2017 | James Hazel's Attorney Files |
| 3 | | 10/30/2017 | Transcripts of Trial Proceedings in *State of Arizona v. Angela Gray*, March, 22-24, March 28-29, May 1, 1995 |
| 4 | | | Deposition of Leslie Bowman, July 25, 2017 |
| 5 | | 10/30/2017 | Declaration of Leslie Bowman dated November 25, 2002 |
| 6 | | 10/30/2017 | Declaration of Leslie Bowman dated February 23, 2011 |
| 7 | | | Deposition of Sean Bruner, Part 1, June 30, 2017 |
| 8 | | | Deposition of Sean Bruner, Part 2, July 25, 2017 |
| 9 | | 10/30/2017 | Declaration of Sean Bruner dated November 12, 2002 |
| 10 | | 10/30/2017 | Declaration of Sean Bruner dated February 22, 2011 |
| 11 | | 10/30/2017 | Trial counsel's billing records |
| 12 | | 10/30/2017 | Analysis of trial counsel's billing records (Deposition Ex. 3.a) |
| 13 | | | List of Motions filed by Sean Bruner and Leslie Bowman |

## EXHIBIT LIST – CONTINUATION

| BARRY LEE JONES vs. CHARLES RYAN, et al. | | | CASE NO. CV-01-592-TMB |
|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| 14 | | | Declaration of George Barnett dated November 5, 2002 |
| 15 | | | Declaration of George Barnett dated January 8, 2008 |
| 16 | | 10/30/17 | Report of George Barnett dated May 19, 1994 |
| 17 | | 10/30/17 | Report of George Barnett dated March 31, 1995 |
| 18 | | 10/30/17 | Photos of van taken by George Barnett |
| 19 | | 10/30/17 | George Barnett's obituary, October 5, 2014 |
| 20 | | 10/30/17 | Motion for Appointment of Investigator filed July 14, 1994 |
| 21 | | 10/30/17 | Order Appointing Investigator filed July 14, 1994 |
| 22 | | 10/30/17 | Minute Entry from hearing on defense motion for investigator filed July 14, 1994 |
| 23 | | 10/30/17 | Motion to Dismiss filed July 29, 1994 |
| 24.a | | 10/30/17 | Transcript of Pretrial Conference, June 22, 1994 |
| 24.b | | 10/30/17 | Transcript of hearing on pre-trial motions, December 5, 1994 |
| 24.c | | 10/30/17 | Transcript of Motion to Continue, September 21, 1994 |
| 24.d | | 10/30/17 | Transcript of hearing on Defense Motion for Investigator filed July 14, 1994 |
| 25 | | 10/30/17 | Closing arguments in Angela Gray's trial, March 29, 1995 |
| 26 | | 10/30/17 | Defense Supplemental Rule 15 Disclosure of George Barnett filed March 31, 1995 |
| 27 | | 10/30/17 | Motion and Order to Produce Trial Transcripts of Dr. John Howard and Rebecca Lux filed April 4, 1995 |
| 28 | | 10/30/17 | Transcript of defense opening statement, April 6, 1995 |
| 29 | | 10/30/17 | Transcript of defense closing argument, April 13, 1995 |
| 30 | | 10/30/17 | Selected pages from Leslie Bowman's notes |
| 31 | | 10/30/17 | Enlarged copies of notes written by Tera Jones and Jonathan Lux with transcript |

## EXHIBIT LIST – CONTINUATION

| BARRY LEE JONES vs. CHARLES RYAN, et al. | | | CASE NO. CV-01-592-TMB |
|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| 32 | | 10/30/17 | Interview of Donna Marini dated October 31, 1994 |
| 33 | | 10/30/17 | UMC report re: Jonathan Lux |
| 34 | | | Declaration of Tera Jones dated November 8, 2002 |
| 35 | | 10/30/17 | Pages from trial counsel's research file |
| 36 | | 10/30/17 | Letter from Kathleen Mayer to Dr. Howard and Receipt of Remains dated August 22, 1994 |
| 37 | | 10/30/17 | Pima County Jail visitation records for Barry Jones obtained from Pima County Attorney files |
| 38 | | 10/30/17 | Interview of Rebecca Lux dated May 2, 1994 |
| 39 | | 10/30/17 | Interview of Rebecca Lux dated May 9, 1994 |
| 40 | | 10/30/17 | Interview of Rebecca Lux dated October 31, 1994 |
| 41 | | 10/30/17 | Transcript of Testimony of Rebecca Lux at Gray trial |
| 41.a | | 10/30/17 | Testimony of Rebecca Lux at Gray Trial, (pages from full day of proceedings on March 24, 1995 |
| 42 | | 10/30/17 | Testimony of Rebecca Lux at Jones trial, April 11, 1995 |
| 43 | | 10/30/17 | Videotape of interview of Rebecca Lux on May 9, 1994 |
| 44 | | | Deposition of Dr. John Howard, July 20, 2017 |
| 45 | | 10/30/17 | Declaration of Dr. John Howard dated December 15, 2014 |
| 46 | | 10/30/17 | Interview of Dr. John dated November 28, 1994 |
| 47 | | 10/30/17 | Testimony of Dr. John Howard at Jones trial April 12, 1995 |
| 48 | | 10/30/17 | Testimony of Dr. John Howard at Gray trial |
| 48.a | | 10/30/17 | Testimony of Dr. Howard at Gray Trial, pages from full day of proceedings on March 28, 1995 |
| *49 | | 10/30/17 | Photo of Rachel Gray's head bleeding at autopsy (Sealed) |
| 50 | | 10/30/17 | Photos taken by Pima County Sheriff's Department of table in Rachel Gray's bedroom |

## EXHIBIT LIST – CONTINUATION

| BARRY LEE JONES vs. CHARLES RYAN, et al. | | CASE NO. CV-01-592-TMB | |
|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
| 51 | | 10/30/2017 | Photo taken by Pima County Sheriff's Department of bruise near Rachel Gray's eye |
| 52 | | 10/30/2017 | Rachel Gray's autopsy report |
| 53 | | 10/30/2017 | University Medical Center records for Rachel Gray |
| 54 | | 10/30/2017 | Kino Hospital records for Rachel Gray |
| 55 | | 10/30/2017 | Letter from Federal Public Defender's Office requesting Pima County Medical Examiner's Office send tissue slides to Dr. Howard dated November 10, 20014 |
| 56 | | | Letter from Jeffrey Sparks to Cary Sandman dated May 8, 2017 |
| 57 | | 10/31/2017 | Declaration of Dr. Phillip Keen dated February 27, 2017 |
| 58 | | 10/30/2017 | Fax dated August 10, 1994 and letter dated July 20, 1994 from Leslie Bowman to Dr. Philip Keen and phone message from Jill Thorpe to Leslie Bowman regarding Dr. Keen |
| 59 | | | Pima County Medical Examiner's file in Case No. ME94-0636 |
| 59.a | | 10/30/2017 | Pima County Medical Examiner's file in chronological order |
| 60 | | | Deposition of Sonia Pesqueira, August 2, 2017 |
| 61 | | 10/30/2017 | Interview of Sonia Rankin on September 9, 1994 |
| 62 | | 10/30/2017 | Transcript of Grand Jury Proceedings, May 13, 1994 |
| 63 | | 10/30/2017 | Arizona Supreme Court Opinion in *State v. Barry Lee Jones* filed April 29, 1997 |
| 64 | | 10/30/2017 | Photos of Pima County Superior Court trial exhibits |
| 65 | | 10/30/2017 | Case photos taken by Pima County Sheriff's Department |
| 66 | | 10/30/17 | Pima County Sheriff's Department Reports obtained by Federal Public Defender's Office in Case No. 940502025 |
| 67 | | 10/30/17 | Tucson Police Department Reports, Case No: 9405020110 |
| 68 | | | Tucson Police Department Reports re: Hal Steele, Case No.: 9404270114 |

## EXHIBIT LIST – CONTINUATION

| BARRY LEE JONES vs. CHARLES RYAN, et al. | | | CASE NO. CV-01-592-TMB |
|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
| 69 | | 10/30/17 | Pima County Sheriff's Department arrest report for Barry Jones, Case No: 949498308 |
| 70 | | 10/30/17 | Interview of Stephanie Fleming dated March 22, 1995 |
| 71 | | 10/30/17 | Interview of Stephanie Fleming dated March 24, 1995 |
| 72 | | 10/30/17 | Interview of Stephanie Fleming dated May 27, 1994 |
| 73 | | 10/30/17 | Interview of Barry Jones dated May 2, 1994 |
| 74 | | 10/30/17 | Videotape of interview of Barry Jones on May 2, 1994 |
| 75 | | 10/30/17 | Videotape of interview of Angela Gray on May 2, 1994 |
| 76 | | 10/30/17 | Interview of Norma Lopez dated May 3, 1994 |
| 77 | | 10/30/17 | Interview of Ray Lopez dated May 3, 1994 |
| 78 | | 10/30/17 | Interview of Ray Lopez dated January 20, 1995 |
| 79 | | 10/30/17 | Interview of Laura Lopez dated May 3, 1994 |
| 80 | | 10/30/17 | Interview of Laura Lopez dated January 20, 1995 |
| 81 | | 10/30/17 | Interview of Isobel Tafe by Sgt. Pesqueira dated May 19, 1994 |
| 82 | | 10/30/17 | Interview of Judy Chavez dated May 19, 1994 |
| 83 | | 11/7/17 | Interview of Ryan and Patrick Thorne by Susie Dupnik on January 13, 1995 |
| 84 | | 11/7/17 | Audio tape of interview of Patrick and Ryan Thorne on January 13, 1995 |
| 85 | | 11/7/17 | Pima County Sheriff's Department Radio Logs |
| 86 | | 10/30/17 | Pima County Sheriff's Department Property & Evidence Sheets |
| 87 | | 10/30/17 | Report of Sgt. Michael O'Conner dated May 4, 1994 regarding processing of van with Detective Clark |
| 88 | | 10/30/17 | Pima County Sheriff's Department Evidence Control log listing evidence items viewed by Leslie Bowman on March 1, 1995 |

## EXHIBIT LIST – CONTINUATION

| BARRY LEE JONES vs. CHARLES RYAN, et al. | | | CASE NO. CV-01-592-TMB |
|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| 89 | | 10/30/17 | Pima County Sheriff's Department photos taken of various blood evidence |
| 90 | | 10/30/17 | Pima County Sheriff's Department Photos taken of Choice Market |
| 91 | | 10/30/17 | Superior Court Trial Exhibits 113, 118, 119, 204 and Bates 4324 depicting trailer |
| 92 | | 10/30/17 | Pima County Sheriff's Department photos taken of van |
| 93 | | 10/30/17 | Trial Exhibit 164 |
| 94 | | 10/30/17 | Photos of other yellow van taken at Choice Market |
| 95 | | | Pima County Sheriff's Department personnel records for Sgt. Pesqueira |
| 96A | | 11/7/17 | Pima County Sheriff's Department training records for Detectives Bruce Clark and George Ruelas |
| 97 | | 10/30/17 | Report by Detective George Ruelas dated May 11, 1994 |
| 98 | | | Letter from Andrew Sowards to George Ruelas dated July 9, 2009 |
| 99 | | | Sentencing order for George Ruelas filed November 22, 2002 |
| 100 | | 11/7/17 | Tucson Weekly article titled "Friend or Foe" dated September 6, 2001 with attached photos |
| 101 | | 11/7/17 | 2015 Associated Press article titled "Border Patrol Forms Desert Rescue Teams to Stem Aliens' Deaths" |
| 102 | | 11/7/17 | Pages from the Officer Down Memorial Page |
| 103 | | 10/30/17 | Report of Dr. Janice Ophoven dated December 18, 2002 |
| 104 | | 10/30/17 | Report of Dr. Janice Ophoven dated July 25, 2008 |
| 105 | | 10/30/17 | Report of Dr. Janice Ophoven dated April 20, 2009 |
| 106 | | 10/30/17 | Report of Dr. Janice Ophoven dated February 1, 2010 |
| *107 | | 10/30/17 | Histology Presentation by Dr. Janice Ophoven (Sealed) |
| 108 | | 10/30/17 | Curriculum Vitae of Dr. Janice Ophoven |

## EXHIBIT LIST – CONTINUATION

| BARRY LEE JONES vs. CHARLES RYAN, et al. | | | CASE NO. CV-01-592-TMB |
|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| 109 | | 10/30/17 | Curriculum Vitae of Paul Gruen |
| 110 | | 10/30/17 | Report of Paul Gruen dated February 25, 2010 |
| 110.a | | 10/30/17 | Photos of van taken by Paul Gruen |
| 111 | | 10/30/17 | Video of scene animation by Paul Gruen |
| 112 | | | Sunnyside Unified School District records for Reynaldo Lopez |
| 113 | | 10/30/17 | Declaration of Dr. Mary Pat McKay dated October 30, 2009<br>a. Curriculum Vitae of Dr. McKay<br>b. Dr. McKay's Report dated October 29, 2009 |
| 114 | | 10/30/17 | Curriculum Vitae of Dr. McKay |
| 115 | | 10/30/17 | Declaration of Dr. Phillip Esplin dated October 8, 2009<br>a. Curriculum Vitae of Dr. Esplin<br>b. List of Dr. Esplin's Publications<br>c. List of Dr. Esplin's Prior Testimony<br>d. Dr. Esplin's Report |
| 116 | | 10/30/17 | Addendum to Dr. Esplin's report dated March 10, 2010 |
| 117 | | 10/30/17 | Curriculum Vitae of Dr. Phillip Esplin (2014) |
| 117.a | | 10/30/17 | Curriculum Vitae of Dr. Phillip Esplin (2017) |
| 118 | | 10/30/17 | Curriculum Vitae of Dr. Patrick Hannon (2017) |
| 119 | | 10/30/17 | Report of Dr. Patrick Hannon dated May 7, 2010 |
| 119.a | | 10/30/17 | Additional measurements taken by Dr. Hannon on October 4, 2017. |
| 120 | | 10/30/17 | Curriculum Vitae of Stuart James (2015) |
| 121 | | 10/30/17 | Affidavit of Stuart James dated December 18, 2002 |
| 122 | | 10/30/17 | Declaration of Stuart James dated July 9, 2012 with Curriculum Vitae |
| 123 | | | Deposition of James Hazel, July 14, 2017 |
| 124 | | 10/30/17 | James Hazel's application for appointment as post- |

## EXHIBIT LIST – CONTINUATION

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | | | BARRY LEE JONES vs. CHARLES RYAN, et al. — CASE NO. CV-01-592-TMB |
| 125 | | 10/30/2017 | conviction counsel<br>Letter from Indigent Defense Standards Committee |
| 126 | | 10/30/2017 | Order appointing James Hazel as post-conviction counsel in *State v. Barry Jones*, Filed September 22, 1999 |
| 127 | | 10/30/2017 | A.R.S. Rule 6.8 Standards for Appointment of Counsel in Capital Cases |
| 128 | | 10/30/2017 | James Hazel's billing records |
| 129 | | 10/30/2017 | List of documents reviewed by James Hazel |
| 130 | | 10/30/2017 | Motion for Appointment of Investigator filed October 20, 1999 |
| 131 | | 10/30/2017 | Minute Entry denying Motion for Appointment of Investigator and Mitigation Expert filed December 1, 1999 |
| 132 | | 10/30/2017 | Motion for Reconsideration of Denial of Motion for Appointment of Investigator filed January 3, 2000 |
| 133 | | 10/30/2017 | Minute Entry Denying Motion for Reconsideration filed January 19, 2000 |
| 134 | | 10/30/2017 | Rule 32 Petition filed March 27, 2000 |
| 135 | | 10/30/2017 | Memorandum in Support of Rule 32 Petition |
| 136 | | 10/30/2017 | Reply to Response to Rule 32 Petition filed May 22, 2000 |
| 137 | | 10/30/2017 | Ruling on Petition for Post-Conviction Relief filed October 11, 2000 |
| 138 | | 10/30/2017 | Order withdrawing Hazel and appointing Villareal filed November 29, 2000 |
| 139 | | 10/30/2017 | Declaration of Dan Cooper dated July 12, 2012 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

BARRY LEE JONES V CHARLES RYAN, ET AL   CV-01-0592-TMB

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 7a | | 10/31/2017 | Published Portions of Sean Brunner Deposition |
| 65b | | 10/31/2017 | Sealed Photographs of Case photos taken by Pima County Sheriff's Department |
| 57a | | 10/31/2017 | Diagram |
| 119b | | 11/2/2017 | Original image files |
| 115a | | 11/2/2017 | Powerpoint |
| 121a | | 11/3/2017 | Documents provided by Stuart James |
| 139a | | 11/3/2017 | List of items provided to Dan Cooper in this case |
| 139b | | 11/3/2017 | Dan Cooper - chart of murder trials |
| 139c | | 11/3/2017 | Dan Cooper - chart of capital cases |
| 139d | | 11/3/17 | American Bar Association standards for Criminal Justice |