Jon M. Sands
Federal Public Defender
District of Arizona
Cary Sandman (AZ Bar No. 004779)
Jessica M. Salyers (AZ No. 032702)
Maren Dale (GA No. 672981)
Assistant Federal Public Defenders
407 West Congress, Suite 501
Tucson, Arizona 85701
Cary_sandman@fd.org
Jessica_salyers@fd.org
Maren_dale@fd.org
520.879.7614 Telephone
520.622.6844 Facsimile

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Barry Lee Jones, | No. CV-01-0592-TUC-TMB |
| Petitioner, | |
| vs. | DEATH-PENALTY CASE |
| | **Joint Status Report** |
| Ryan Thornell, et al., | |
| Respondents. | |

In accordance with this Court's order (ECF No. 350) the parties jointly provide a status report as follows. On May 4, 2023, Petitioner filed a petition for post- conviction relief in the Pima County, Arizona Superior Court. On May 8, the state filed a response, concurring that relief should be granted, subject to a plea subsequent. On May 9, the parties jointly requested a status conference with the court to suggest expediting the proceedings. The requested status conference has not yet been scheduled.

/ / /

/ / /

Respectfully submitted this 15th day of May, 2023.

| KRIS MAYES | JON M. SANDS |
|---|---|
| Attorney General | Federal Public Defender |
| Jeffrey Sparks | Cary Sandman |
| Deputy Solicitor General | Assistant Federal Public Defender |
| | |
| /s/Jeffrey Sparks | /s/Cary Sandman |
| Jeffrey Sparks | Cary Sandman |
| Counsel for Respondents | Counsel for Petitioner |